**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **WILLIE JAMES TERRELL, JR.,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| **VS.** | : | |
| | : | **CIVIL No: 5:26-CV-00487-MTT-ALS** |
| **Warden MARK AGBAOSI, *et al.*,** | : | |
| | : | |
| **Respondents** | : | |

# ORDER

*Pro se* Petitioner Willie James Terrell, Jr., a prisoner at Dooly State Prison in Unadilla, Georgia, has filed a pleading that has been docketed as a petition for habeas corpus. ECF No. 1. Petitioner complains about being placed in administrative segregation at Dooly State Prison. *Id.* at 7-8. However, a review of the Court's records reveals that Petitioner filed another civil action complaining about this same incident that is pending before the Court. *See Terrell v. Dooly State Prison,* 5:26-cv-00501-MTT-CHW.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of another active case. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative … if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). Because the pleadings in the present civil action make the same allegations and raise the same claims against these same Defendants in

another pending civil action, the present action is **DISMISSED** as duplicative. Petitioner cannot file any other pleadings under this civil action number 5:26-cv-00487-MTT-ALS.

Lastly, Petitioner is advised that the Court is currently in the process of conducting its preliminary screening of his complaint in *Terrell v. Dooly State Prison,* 5:26-cv-00501-MTT-CHW and he should be receiving, in due time, a recommendation from the Magistrate Judge as to how his claims should proceed. While *Terrell v. Dooly State Prison,* 5:26-cv-00501-MTT-CHW is under review and/or in litigation, Petitioner is **ORDERED** not to file duplicative complaints raising the same claims as a new civil action as he has done here.

**SO ORDERED**, this 6th day of November, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT