IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIE JAMES TERRELL, JR., | * | |
| Petitioner, | * | |
| v. | | Case No. 5:26-CV-00487-MTT-ALS |
| | * | |
| Warden MARK AGBAOSI, et al., | | |
| | * | |
| Respondents. | | |
| | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated November 6, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 6th day of November, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk